IN THE CIRCUIT COURT
OF THE FIFTH JUDICIAL CIRCUIT
CUMBERLAND COUNTY, TOLEDO, ILLINOIS

| | |
|---|---|
| JOSEPH SCHEINER, Special Administrator of the Estate of Anthony J. Scheiner, Deceased, )<br>)<br>Plaintiff, )<br>)<br>-vs- )<br>)<br>TONY M. GUFFEY and TRON MECHANICAL, )<br>INC., d/b/a TMI CONTRACTORS, a Foreign )<br>Corporation, )<br>)<br>Defendants. ) | No. 2019L7 |

### SUMMONS

To each defendant:   Tron Mechanical Inc., d/b/a TMI Contractors, c/o Dana Redman, Registered Agent, 331 W. 2nd St. Mt. Vernon, IN 47620

You are summoned and required to file an answer in this case, or otherwise file your appearance in the Office of the Clerk of this Court Cumberland County Courthouse building, Toledo, Illinois within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://e-file.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, summons shall be returned so endorsed.

This summons may not be served later than 30 days after its date.



WITNESS _____ November 7 , 2019.

_Rhonda Wilson_
(Clerk of the Circuit Court)

_____
(Deputy)

(Plaintiff's Attorney or Plaintiff if he is not represented by an Attorney)
Name: Brent D. Holmes
Attorney for Plaintiff
Address: 1101 Broadway, P.O. Box 889
City: Mattoon, IL 61938-0889
Telephone: (217)235-2700
E-Mail: brent@hhlawoff.com
Scheiner 22510 11.719 summons to tmi contractors

**EXHIBIT A**

|               | Service and return | $ _____ |
|---------------|--------------------|--------------------|
| SHERIFF'S FEES | Miles             | $ _____ |
|               | Total              | $ _____ |

Sheriff of _____ County

I certify that I served this summons on defendants as follows:

(a)--(Individual defendants -- personal):
(The officer of other person making service, shall (a) identify as to sex, race and approximate age of the defendant with whom he left the summons, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of day when the summons was left with the defendant.)

_____
_____
_____
_____

(b)--(Individual defendants -- abode):
By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the summons. (The officer of other person making service, shall (a) identify as to sex, race and approximate age of the defendant with whom he left the summons, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of day when the summons was left with such person.)

_____
_____
_____

and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| Name of defendant | Mailing Address | Date of mailing |
|-------------------|-----------------|-----------------|
|                   |                 |                 |
|                   |                 |                 |

(c)--(Corporation defendants):
By leaving a copy and a copy of the complaint with the registered agent, officer or agent of each defendant corporation as follows:

| Defendant Corporation | Registered agent, officer or agent | Date of service |
|----------------------|-----------------------------------|-----------------|
|                      |                                   |                 |
|                      |                                   |                 |

(d)--(Other service):

_____
_____

_____, Sheriff of _____ County

By: _____
(Deputy)

EFILED
11/7/2019 11:55 AM
Rhonda Wilson
Circuit Clerk
Cumberland County, IL

IN THE CIRCUIT COURT
OF THE FIFTH JUDICIAL CIRCUIT
CUMBERLAND COUNTY, TOLEDO, ILLINOIS

| | |
|---|---|
| JOSEPH SCHEINER, Special Administrator of the Estate of Anthony J. Scheiner, Deceased, <br><br> Plaintiff, <br><br> -vs- <br><br> TONY M. GUFFEY and TRON MECHANICAL, INC., d/b/a TMI CONTRACTORS, a Foreign Corporation, <br><br> Defendants. | No. 2019L7 |

## COMPLAINT

NOW COMES the Plaintiff, JOSEPH SCHEINER, Special Administrator of the Estate of Anthony J. Scheiner, Deceased, by BRENT D. HOLMES of HELLER, HOLMES & ASSOCIATES, P.C., his attorneys, and for his Complaint directed against the Defendants, TONY M. GUFFEY and TRON MECHANICAL, INC., d/b/a TMI CONTRACTORS, a Foreign Corporation, says:

### FACTS COMMON TO ALL COUNTS

1. The Plaintiff Joseph Scheiner is the duly acting Special Administrator of the Estate of Anthony J. Scheiner pursuant to an Order entered by the Circuit Court in the above cause.

2. At the time of the occurrence alleged herein, the Defendant Tony M. Guffey was an employee or agent of the Defendant Tron Mechanical, Inc., d/b/a TMI Contractors, a foreign corporation.

3. At the time of the occurrence alleged herein, the Defendant Tony M. Guffey was operating a 2012 Chevrolet Silverado Double Cab pick-up truck which was pulling

a trailer, and the pick-up truck was owned by Tron Mechanical, Inc., d/b/a TMI Contractors.

4. On November 12, 2017 at about 1:04 p.m. Anthony J. Scheiner was a passenger in a 2003 Chevrolet S-10 pick-up truck being driven by Jessica L. Shutts.

5. At the said time and place, the Defendant Tony M. Guffey was driving the Chevrolet Silverado in a northerly direction on Illinois State Highway 130, was crossing the railroad overpass and entering the Village of Greenup in Cumberland County, Illinois.

6. At the said time and place, Jessica L. Shutts was driving southbound on Illinois State Highway 130 and was at the intersection with East York Road.

7. At the said time and place, it was the duty of the Defendant in operating the Chevrolet Silverado on Illinois State Highway 130 to exercise ordinary care at all times to avoid placing others in danger and to exercise ordinary care at all times to avoid a collision.

8. At the said time and place, a collision occurred between the vehicle being driven by Jessica L. Shutts and the vehicle being driven by the Defendant Tony M. Guffey.

9. As a direct and proximate result of the collision between the two vehicles, Anthony J. Scheiner sustained fatal injuries and died on November 12, 2017.

10. Anthony J. Scheiner left surviving him as his next-of-kin his father Joseph Scheiner, his mother Rhonda Scheiner and his sister Kayla Whiteman.

COUNT I
(WRONGFUL DEATH ACT)
TONY M. GUFFEY DEFENDANT

11. At the said time and place, the Defendant Tony M. Guffey committed one or more or a combination of all of the following negligent and careless acts or omissions:
    a) Failed to keep a good and sufficient lookout for other vehicles on the roadway;
    b) Drove his vehicle at a speed greater than the posted speed limit at said location on Illinois State Highway 130, in violation of the provisions of 625 ILCS 5/11-601(b);
    c) Drove his vehicle at a speed which was greater than was reasonable and proper with regard to the traffic conditions and use of the highway, in violation of the provisions of 625 ILCS 5/11-601(a);
    d) Failed to reduce the speed of his vehicle by reason of the weather conditions which resulted in the highway being wet, in violation of 625 ILCS 5/11-601(a);
    e) Failed to reduce the speed of his vehicle to avoid colliding with the vehicle in which Anthony J. Scheiner was a passenger, in violation of 625 ILCS 5/11-601(a);
    f) Failed to turn the wheel of his pick-up truck to avoid colliding with the vehicle in which Anthony J. Scheiner was a passenger.
12. As a direct and proximate result of one or more or a combination of all the foregoing negligent and careless acts or omissions on the part of said Defendant, the collision occurred and caused the death of Anthony J. Scheiner.
13. This count is brought pursuant to the provisions of the Illinois Wrongful Death Act, 740 ILCS 180/1 because the death of Anthony J. Scheiner was the direct and proximate result of the negligence of the Defendant as aforesaid.

14. As a direct and proximate result of the death of Anthony J. Scheiner, his next-of-kin have sustained grief, sorrow, mental suffering and loss of society with the Decedent.

WHEREFORE, the Plaintiff Joseph Scheiner, Special Administrator of the Estate of Anthony J. Scheiner, Deceased, prays that he may have judgment against the Defendant Tony M. Guffey in an amount which will reasonably and fairly compensate the next-of-kin of the Dececent Anthony J. Scheiner for the damages sustained by them, in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00) together with costs of suit.

<u>COUNT II</u>
<u>WRONGFUL DEATH ACT</u>
<u>TRON MECHANICAL INC. d/b/a TMI CONTRACTORS a Foreign Corporation, DEFENDANT</u>

15. At the said time and place, the Defendant Tony M. Guffey was acting within the scope and course of his employment or agency with the Defendant Tron Mechanical, Inc., d/b/a TMI Contractors.

16-19. Plaintiff repeats, re-alleges and adopts Paragraphs 11-14 of Count I as and for Paragraphs 16-19 of Count II.

20. The Defendant Tron Mechanical, Inc., d/b/a TMI Contractors is liable to the next-of-kin under the Wrongful Death Act for the damages sustained by them under the principal of *respondeat superior*.

WHEREFORE, the Plaintiff Joseph Scheiner, Special Administrator of the Estate of Anthony J. Scheiner, Deceased prays that he may have judgment against the Defendant Tron Mechanical, Inc.,d/b/a TMI Contractors, a foreign corporation, in an amount which will reasonably and fairly compensate the next-of-kin of Anthony J. Scheiner for the damages sustained by them,

in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00), together with costs of suit.

## COUNT III
## (FUNERAL AND BURIAL EXPENSES)
## TONY M. GUFFEY, DEFENDANT

21-22. Plaintiff repeats, re-alleges and adopts Paragraphs 11 and 12 of Count I as and for Paragraphs 21-22 of Count III.

23. As a direct and proximate result of the death of Anthony J. Scheiner, his estate has become liable for the funeral and burial expenses.

WHEREFORE, the Plaintiff Joseph Scheiner, Special Administrator of the Estate of Anthony J. Scheiner, Deceased, prays that he may have judgment against the Defendant Tony M. Guffey in the amount of the funeral and burial expenses, and for his costs of suit.

## COUNT IV
## (FUNERAL AND BURIAL EXPENSES)
## TRON MECHANICAL INC. d/b/a TMI CONTRACTORS a Foreign Corporation, DEFENDANT

24-25. Plaintiff repeats, re-alleges and adopts Paragraphs 11 and 12 of Count I as and for Paragraphs 24-25 of Count IV.

26. Plaintiff repeats, re-alleges and adopts Paragraph 15 of Count II as and for Paragraph 26 of Count IV.

27. Said Defendant is liable to the Plaintiff under the principal of *respondeat superior*.

28. Plaintiff repeats, re-alleges and adopts Paragraph 23 of Count III as and for Paragraph 28 of Count IV.

WHEREFORE, the Plaintiff Joseph Scheiner, Special Administrator of the Estate of Anthony J. Scheiner, Deceased, prays that he may have judgment against the Defendant Tron

Mechanical, Inc., d/b/a TMI Contractors, a foreign corporation for the funeral and burial expenses incurred, together with costs of suit.

    JOSEPH SCHEINER, Special Administrator of the Estate of Anthony J. Scheiner, Deceased, Plaintiff

    By:/s/Brent D. Holmes
    BRENT D. HOLMES
    HELLER, HOLMES & ASSOCIATES, P.C.
    1101 Broadway Avenue
    P. O. Box 889
    Mattoon, IL 61938
    Phone: 217-235-2700
    Fax: 217-235-0743
    brent@hhlawoff.com
    scheiner 22510 11.7.19 complaint/kjs

IN THE CIRCUIT COURT
OF THE FIFTH JUDICIAL CIRCUIT
CUMBERLAND COUNTY, TOLEDO, ILLINOIS

JOSEPH SCHEINER, Special Administrator )
of the Estate of Anthony J. Scheiner, Deceased, )
                                                )
                    Plaintiff,                  )
                                                )
    -vs-                                        )   No.
                                                )
TONY M. GUFFEY and TRON MECHANICAL, )
INC., d/b/a TMI CONTRACTORS, a Foreign )
Corporation,                                    )
                                                )
                    Defendants.                 )

## RULE 222 AFFIDAVIT

NOW COMES your Affiant, BRENT D. HOLMES, and under oath says:

1. That he is testifying to maters of his own personal knowledge and is competent to testify to the same if called upon to do so.

2. That he is a duly authorized agent of Plaintiff for purposes of making this affidavit.

3. That the damages sought do exceed $50,000.00.

4. Further Affiant sayeth not.

By _____
BRENT D. HOLMES
Of Heller, Holmes & Associates, P.C.

Subscribed and sworn to before me
this 7th day of November, 2019.

_____
Notary Public

OFFICIAL SEAL
KATHERINE J STORM
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/30/19

EFILED
11/7/2019 11:55 AM
Rhonda Wilson
Circuit Clerk
Cumberland County, IL

IN THE CIRCUIT COURT
OF THE FIFTH JUDICIAL CIRCUIT
CUMBERLAND COUNTY, TOLEDO, ILLINOIS

| | |
|---|---|
| JOSEPH SCHEINER, Special Administrator of the Estate of Anthony J. Scheiner, Deceased,<br><br>Plaintiff,<br><br>-vs-<br><br>TONY M. GUFFEY and TRON MECHANICAL, INC., d/b/a TMI CONTRACTORS, a Foreign Corporation,<br><br>Defendants. | No. 2019L7 |

## JURY DEMAND

Plaintiff hereby demands trial by jury.

        JOSEPH SCHEINER, Special Administrator of the Estate of Anthony J. Scheiner, Deceased, Plaintiff

        By:/s/Brent D. Holmes
        BRENT D. HOLMES
        HELLER, HOLMES & ASSOCIATES, P.C.
        1101 Broadway Avenue
        P. O. Box 889
        Mattoon, IL 61938
        Phone: 217-235-2700
        Fax: 217-235-0743
        brent@hhlawoff.com
        scheiner 22510 11.7.19 jury demand/kjs

JS 44 -Modified by ILSD 4/2019

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ❏ 1 U.S. Government Plaintiff
- ❏ 2 U.S. Government Defendant
- ❏ 3 Federal Question *(U.S. Government Not a Party)*
- ❏ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ❏ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❏ 625 Drug Related Seizure of Property 21 USC 881 | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane | ❏ 365 Personal Injury - Product Liability | ❏ 690 Other | ❏ 423 Withdrawal 28 USC 157 | ❏ 376 Qui Tam (31 USC 3729(a)) |
| ❏ 130 Miller Act | ❏ 315 Airplane Product Liability | ❏ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ❏ 400 State Reapportionment |
| ❏ 140 Negotiable Instrument | ❏ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ❏ 410 Antitrust |
| ❏ 150 Recovery of Overpayment & Enforcement of Judgment | ❏ 330 Federal Employers' Liability | | | ❏ 820 Copyrights | ❏ 430 Banks and Banking |
| ❏ 151 Medicare Act | | ❏ 368 Asbestos Personal Injury Product Liability | | ❏ 830 Patent | ❏ 450 Commerce |
| ❏ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ❏ 340 Marine | | | ❏ 835 Patent - Abbreviated New Drug Application | ❏ 460 Deportation |
| | ❏ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ❏ 840 Trademark | ❏ 470 Racketeer Influenced and Corrupt Organizations |
| ❏ 153 Recovery of Overpayment of Veteran's Benefits | ❏ 350 Motor Vehicle | ❏ 370 Other Fraud | ❏ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ❏ 480 Consumer Credit |
| ❏ 160 Stockholders' Suits | ❏ 355 Motor Vehicle Product Liability | ❏ 371 Truth in Lending | ❏ 720 Labor/Management Relations | ❏ 861 HIA (1395ff) | ❏ 485 Telephone Consumer Protection Act |
| ❏ 190 Other Contract | ❏ 360 Other Personal Injury | ❏ 380 Other Personal Property Damage | ❏ 740 Railway Labor Act | ❏ 862 Black Lung (923) | ❏ 490 Cable/Sat TV |
| ❏ 195 Contract Product Liability | | ❏ 385 Property Damage Product Liability | ❏ 751 Family and Medical Leave Act | ❏ 863 DIWC/DIWW (405(g)) | ❏ 850 Securities/Commodities/ Exchange |
| ❏ 196 Franchise | ❏ 362 Personal Injury - Medical Malpractice | | ❏ 790 Other Labor Litigation | ❏ 864 SSID Title XVI | ❏ 890 Other Statutory Actions |
| | | | | ❏ 865 RSI (405(g)) | ❏ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❏ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ❏ 893 Environmental Matters |
| ❏ 210 Land Condemnation | ❏ 440 Other Civil Rights | **Habeas Corpus:** | | ❏ 870 Taxes (U.S. Plaintiff or Defendant) | ❏ 895 Freedom of Information Act |
| ❏ 220 Foreclosure | ❏ 441 Voting | ❏ 463 Alien Detainee | | ❏ 871 IRS—Third Party 26 USC 7609 | ❏ 896 Arbitration |
| ❏ 230 Rent Lease & Ejectment | ❏ 442 Employment | ❏ 510 Motions to Vacate Sentence | | | ❏ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ❏ 240 Torts to Land | ❏ 443 Housing/ Accommodations | ❏ 530 General | | | |
| ❏ 245 Tort Product Liability | ❏ 445 Amer. w/Disabilities - Employment | ❏ 535 Death Penalty | **IMMIGRATION** | | |
| ❏ 290 All Other Real Property | | **Other:** | ❏ 462 Naturalization Application | | ❏ 950 Constitutionality of State Statutes |
| | ❏ 446 Amer. w/Disabilities - Other | ❏ 540 Mandamus & Other | ❏ 465 Other Immigration Actions | | |
| | ❏ 448 Education | ❏ 550 Civil Rights | | | |
| | | ❏ 555 Prison Condition | | | |
| | | ❏ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ❏ 1 Original Proceeding
- ❏ 2 Removed from State Court
- ❏ 3 Remanded from Appellate Court
- ❏ 4 Reinstated or Reopened
- ❏ 5 Transferred from Another District *(specify)*
- ❏ 6 Multidistrict Litigation - Transfer
- ❏ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. ADDITIONAL INFORMATION:

❏ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

Is a jury demanded by any party?
**JURY DEMAND:** ❏ Yes ❏ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____